# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **FINNAVATIONS LLC,**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**PAYONEER, INC.,**<br><br>      **Defendant.** | **Case No. 1:18-cv-00444-RGA**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION TO EXTEND TIME

  IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Finnavations LLC ("Plaintiff") and Defendant Payoneer, Inc. ("Defendant"), subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to Plaintiff's complaint is extended up through and including May 16, 2018. The reason for this requested extension is to allow counsel for Defendant additional time to investigate the allegations set forth in Plaintiff's Complaint, consult with their client, and consider an appropriate response. No party will be prejudiced by this brief extension.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | FISH & RICHARDSON P.C. |
| */s/ Stamatios Stamoulis* | */s/ Jeremy D. Anderson* |
| Stamatios Stamoulis (Bar No. 4606) | Jeremy D. Anderson (Bar No. 4515) |
| Two Fox Point Centre | 222 Delaware Avenue, 17th Floor |
| 6 Denny Road, Suite 307 | P.O. Box 1114 |
| Wilmington, DE 19809 | Wilmington, DE 19899 |
| Tel: (302) 999-1540 | Tel: (302) 652-5070 |
| stamoulis@swdelaw.com | Fax: (302) 652-0607 |
| | janderson@fr.com |
| ATTORNEY FOR PLAINTIFF FINNAVATIONS LLC | ATTORNEY FOR DEFENDANT PAYONEER, INC. |

**IT IS SO ORDERED** this ____ day of April, 2018.

_____
United States District Court Judge