IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINNAVATIONS LLC,<br><br>          Plaintiffs,<br><br>  v.<br><br>PAYONEER INC.,<br><br>          Defendant. | C. A. No. 1:18-cv-00444-RGA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT PAYONEER INC.'S**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Payoneer Inc. respectfully moves to dismiss Plaintiff Finnavations LLC's Complaint (D.I. 1) pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim (the "Motion"). The Motion should be granted for all the reasons stated in the contemporaneously filed memorandum in support of the Motion.

WHEREFORE, Payoneer respectfully requests that the Court dismiss this case for failure to state a claim upon which relief can be granted because the asserted patent does not meet the eligibility requirements of 35 U.S.C. § 101.

Dated: May 16, 2018

FISH & RICHARDSON P.C.

By:  */s/ Jeremy D. Anderson*
Jeremy D. Anderson (#4515)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899-1114
(302) 652-5070 (Telephone)
(302) 652-0607 (Facsimile)
janderson@fr.com

Neil J. McNabnay
David B. Conrad
Ricardo J. Bonilla
Michael A. Vincent
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
conrad@fr.com
rbonilla@fr.com
vincent@fr.com

ATTORNEYS FOR DEFENDANT
PAYONEER INC.