IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINNAVATIONS LLC. | § § | |
| Plaintiff, | § § | Case No: 1:18-cv-00444-RGA |
| vs. | § § | PATENT CASE |
| PAYONEER, INC. | § § | |
| Defendant. | § § § | |

## JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Plaintiff's time to respond to Defendant's Motion To Dismiss and Opening Brief in Support (D.I. 7 &8).  Subject to the Court's approval, the parties request that Plaintiff's time to file its response to Defendant's Motion To Dismiss and Opening Brief be extended three weeks up to and including June 20, 2018.  Defendant's time to file its reply brief shall be extended to July 9, 2018.

Counsel for Plaintiff and counsel for Defendant have also met and conferred regarding extending Plaintiff's time to respond to Defendant's Answer and Counterclaims (D.I. 9).  Subject to the Court's approval, the parties request that Plaintiff's time to file its response to Defendant's Answer and Counterclaims be extended two weeks up to and including June 20, 2018.

The reason for the requested extensions is to allow counsel for Plaintiff additional time to investigate the allegations set forth in Defendant's Motion and Counterclaims, consult with their clients, and consider an appropriate response.  No party will be prejudiced by these brief extensions.

June 1, 2018                                         STAMOULIS & WEINBLATT LLC

                                                      */s/ Stamatios Stamoulis*
Stamatios Stamoulis
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

*Attorney for Plaintiff*


*/s/ Jeremy Douglas Anderson*
Jeremy Douglas Anderson
David B. Conrad
Michael A. Vincent
Neil J. McNabnay
Ricardo Bonilla
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
302-778-8452
Fax: 302-652-5070
Email: janderson@fr.com
          conrad@fr.com
          vincent@fr.com
          mcnabnay@fr.com
          rbonilla@fr.com


**SO ORDERED**, this _____ day of _____, 2018.

                                          _____
                                          Judge - United States District Court