

Stamatios Stamoulis
stamoulis@swdelaw.com

<u>VIA CM/ECF</u>

February 9, 2018

The Honorable Richard G. Andrews
United States District Court - District of Delaware
844 N. King St.
Wilmington, DE 19801

    Re:    *Finnavations LLC v. Payoneer, Inc.*
            *Case No: 1:18-cv-00444-RGA*

We write in response to the Oral Order issued by the Court on June 1, 2018 in the above captioned matter. Plaintiff has communicated with Defendant and has filed a stipulated extension for the response to the motion to dismiss to bring the deadline in order with the deadline date of the Response to Motion To Dismiss in the Finnavations v. Stitch Labs, Inc. 1:18-cv-00445-RGA.

We are available at the Court's convenience should Your Honor have any questions regarding the foregoing.

                                                      Respectfully Submitted,

                                                      Stamatios Stamoulis (#4606)
                                                      of Stamoulis & Weinblatt LLC