IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINNAVATIONS LLC<br><br>     Plaintiff,<br><br>vs.<br><br>PAYONEER, INC.,<br><br>     Defendant. | Case No: 1:18-cv-00444-RGA |

## PLAINTIFF FINNAVATIONS LLC's ANSWER TO COUNTERCLAIMS OF PAYONEER, INC.

Plaintiff Finnavations LLC ("Finnavations") respectfully submits this Answer to the counterclaims asserted by Payoneer ("Defendant") in its Answer to Plaintiff's Complaint ("Answer").

## PAYONEER INC.'S COUNTERLCLAIMS

### PARTIES

1. Finnavations is without sufficient knowledge to form a belief as to the allegations set forth in paragraph 1 and, therefore, denies the same.

2. Admitted.

### JURISDICTION

3. Finnavations incorporates its answers to paragraphs 1-2 herein

4. Admitted.

5. Admitted.

6. Finnavations admits that venue is proper in this court. Finnavations denies any remaining allegations in paragraph 6.

## COUNT I
## DECLARATION REGARDING NON-INFRINGEMENT

7. Finnavations incorporates its answers to paragraphs 1-6 herein.

8. Finnavations admits that an actual controversy has arisen and now exists between the parties as to the infringement of Claims 9 and 17 of the '755 Patent.

9. Denied.

10. Finnavations admits that Defendant seeks a declaration that Defendant has not and does not infringe the asserted claims of the '755 Patent.  Finnavations denies any remaining allegations in paragraph 10.

## COUNT II
## DECLARATION REGARDING INVALIDITY

11. Finnavations incorporates its answers to paragraphs 1-10 herein.

12. Finnavations admits that an actual controversy has arisen and now exists between the parties as to the validity of Claims 9 and 17 of the '755 Patent.

13. Denied.

14. Finnavations admits that Defendant seeks a declaration that the '755 Patent is invalid.  Finnavations denies any remaining allegations in paragraph 14.

## PRAYER FOR RELIEF

To the extent that any response is required to the Prayer for Relief, Finnavations denies that Defendants are entitled to judgment or any of the relief it has requested.

Dated: June 5, 2018                                    Respectfully submitted,

                                            */s/Stamatios Stamoulis*
                                            Stamatios Stamoulis #4606
                                            stamoulis@swdelaw.com
                                            Richard C. Weinblatt #5080
                                            weinblatt@swdelaw.com
                                            STAMOULIS & WEINBLATT LLC
                                            Two Fox Point Centre
                                            6 Denny Road, Suite 307
                                            Wilmington, DE 19809
                                            (302) 999-1540

                                            **JAY JOHNSON**
                                            State Bar No. 24067322
                                            **BRAD KIZZIA**
                                            State Bar No. 11547550
                                            **KIZZIA JOHNSON PLLC**
                                            1910 Pacific Ave., Suite 13000
                                            Dallas, Texas 75201
                                            (214) 451-0164
                                            Fax: (214) 451-0165
                                            jay@kjpllc.com
                                            bkizzia@kjpllc.com

                                            **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 5, 2018.

                                            */s/ Stamatios Stamoulis*
                                            Stamatios Stamoulis