## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**FINNAVATIONS LLC,**

      **Plaintiff,**

    **v.**

**PAYONEER INC.,**

      **Defendant.**

**C.A. No. 1:18-cv-00444-RGA**

### DEFENDANT PAYONEER INC.'S MOTION FOR EXCEPTIONAL CASE

Defendant Payoneer Inc. ("Payoneer") respectfully moves this Court to find this case exceptional and award Payoneer its attorneys' fees.

The grounds for this motion are further set forth in Payoneer's Opening Brief in Support of its Motion for Exceptional Case, which is being filed contemporaneously herewith.

FISH & RICHARDSON P.C.

By: */s/ Jeremy D. Anderson*
     Jeremy D. Anderson (DE # 4515)
     222 Delaware Ave., 17th Floor
     Wilmington, DE 19801
     (302) 652-5070 (Telephone)
     (302) 652-0607 (Facsimile)
     janderson@fr.com

Neil J. McNabnay
David B. Conrad
Ricardo J. Bonilla
Michael A. Vincent
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
conrad@fr.com
rbonilla@fr.com
vincent@fr.com
***COUNSEL FOR DEFENDANT
PAYONEER INC.***

DATED:  December 10, 2018