## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **FINNAVATIONS LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**PAYONEER INC.,**<br><br>    Defendant. | C.A. No. 1:18-cv-00444-RGA |

## [PROPOSED] ORDER GRANTING
## DEFENDANT'S MOTION FOR EXCEPTIONAL CASE

Having considered Defendant's Motion for Exceptional Case ("Motion"), IT IS

HEREBY ORDERED this _____ day of _____, 2018, that the Motion is GRANTED.

_____
United States District Court Judge