# EXHIBIT 1

# Exhibit 1

## Attorneys' Fees Incurred by Payoneer

## By Timekeeper

| Timekeeper | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| McNabnay, Neil J. | Principal | 26.6 | $895.00 | $23,807.00 |
| Anderson, Jeremy | Principal | 8.9 | $815.00 | $7,253.50 |
| Conrad, David B. | Principal | 9.9 | $845.00 | $8,365.50 |
| Bonilla, Ricardo J. | Associate | 22.3 | $730.00 | $16,279.00 |
| Vincent, Michael | Associate | 101.2 | $435.00 | $44,022.00 |
| | | | | |
| | | | **TOTAL** | **$99,727.00** |