# EXHIBIT 2

# AIPLA
## American Intellectual Property Law Association
Serving America's Legal and Creative Community

# Report of the Economic Survey 2017

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Donika P. Pentcheva, Chair
Frank L. Gerratana, Vice Chair

June 2017

Prepared by:




Association Research, Inc.

910 Clopper Road, Suite 210N ▪ Gaithersburg, Maryland 20878
TEL: (240) 268-1262 ▪ ARI@associationresearch.com

# AIPLA Law Practice Management 2017 Economic Survey Participants

We would like to thank those who helped put together and review
this year's AIPLA Economic Survey:

**Donika Pentcheva**: PayPal – Chair of LPM Committee

**Frank Gerratana**: Fish & Richardson, PC – Vice Chair of LPM Committee and

Chair of Economic Survey Subcommittee

## Economic Survey Subcommittee Members:

| | |
|---|---|
| **Ashraf Abdul-Mohsen**: ARI | **Ariana Fleishman**: PiVerse Inc. |
| **Rey Barceló**: Barceló, Harrison & Walker | **Megan Kirkegaard**: ARI |
| **Kristin Cleveland**: Klarquist Sparkman, LLP | **Steven Petkovsek**: Fish & Richardson, PC |
| **Meghan Donohoe**: AIPLA | |

©2017 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $45 PER COPY FOR MEMBERS AND $495 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
1400 CRYSTAL DRIVE, SUITE 600
ARLINGTON VA 22202
(703) 415-0780
WWW.AIPLA.ORG

Case 1:18-cv-00444-RGA Document 27-2 Filed 12/10/18 Page 4 of 4 PageID #: 333

## Total Costs: Litigation-Patent Infringement, All Varieties by Location

**Litigation-Patent Infringement, All Varieties $1-$10M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q36Ag)**

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 103 | 8 | 10 | 2 | 13 | 3 | 5 | 1 | 7 | 6 | 16 | 15 | 3 | 3 | 11 |
| Mean (Average) | $1,456 | $1,663 | $1,565 | ISD | $1,588 | $1,750 | $808 | ISD | $1,514 | $1,308 | $1,281 | $1,612 | $917 | $2,817 | $1,184 |
| 10th Percentile 10% | $300 | ISD | $305 | ISD | $220 | ISD | ISD | ISD | ISD | ISD | $332 | $362 | ISD | ISD | $120 |
| First Quartile 25% | $500 | $300 | $388 | ISD | $425 | ISD | $575 | ISD | $1,000 | $988 | $538 | $750 | ISD | ISD | $225 |
| Median (Midpoint) | $1,000 | $1,500 | $1,125 | ISD | $1,400 | $750 | $890 | ISD | $1,300 | $1,050 | $900 | $1,000 | $750 | $1,750 | $1,000 |
| Third Quartile 75% | $2,000 | $2,375 | $3,000 | ISD | $2,500 | ISD | $1,000 | ISD | $2,000 | $1,750 | $1,688 | $2,600 | ISD | ISD | $1,500 |
| 90th Percentile 90% | $3,060 | ISD | $3,765 | ISD | $4,240 | ISD | ISD | ISD | ISD | ISD | $3,620 | $3,040 | ISD | ISD | $3,360 |

**Litigation-Patent Infringement, All Varieties $1-$10M Cost of mediation (000s) by Location (Q36Ah)**

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 87 | 6 | 9 | 1 | 8 | 1 | 5 | 1 | 5 | 6 | 15 | 15 | 3 | 3 | 9 |
| Mean (Average) | $82 | $108 | $61 | ISD | $63 | ISD | $55 | ISD | $74 | $86 | $97 | $86 | $45 | $183 | $74 |
| 10th Percentile 10% | $20 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $25 | $10 | ISD | ISD | ISD |
| First Quartile 25% | $25 | $24 | $38 | ISD | $25 | ISD | $20 | ISD | $30 | $35 | $35 | $15 | ISD | ISD | $23 |
| Median (Midpoint) | $50 | $50 | $55 | ISD | $65 | ISD | $25 | ISD | $50 | $63 | $50 | $30 | $50 | $100 | $50 |
| Third Quartile 75% | $100 | $175 | $88 | ISD | $100 | ISD | $105 | ISD | $130 | $123 | $100 | $100 | ISD | ISD | $138 |
| 90th Percentile 90% | $200 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $320 | $350 | ISD | ISD | ISD |

**Litigation-Patent Infringement, All Varieties $10-$25M Initial case management (000s) by Location (Q36Ai)**

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 95 | 7 | 10 | 3 | 9 | 0 | 5 | 1 | 6 | 7 | 15 | 15 | 2 | 4 | 11 |
| Mean (Average) | $122 | $116 | $95 | $27 | $116 | ISD | $96 | ISD | $132 | $139 | $123 | $148 | ISD | $175 | $138 |
| 10th Percentile 10% | $20 | ISD | $11 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $19 | $8 | ISD | ISD | $12 |
| First Quartile 25% | $40 | $50 | $41 | ISD | $65 | ISD | $25 | ISD | $85 | $75 | $35 | $35 | ISD | $56 | $30 |
| Median (Midpoint) | $100 | $100 | $50 | $30 | $100 | ISD | $80 | ISD | $100 | $100 | $75 | $150 | ISD | $75 | $100 |
| Third Quartile 75% | $200 | $200 | $125 | ISD | $175 | ISD | $175 | ISD | $188 | $250 | $200 | $250 | ISD | $394 | $200 |
| 90th Percentile 90% | $250 | ISD | $335 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $350 | $310 | ISD | ISD | $530 |