# EXHIBIT 3



# 2017
## RETROSPECTIVE

Patent Litigation Special Report

# Top Patentees

2017



# Top Patent Challengers



By Number of Cases    By Number of Accusations

# Top Patentee Firms



# Top Patent Challenger Firms



## Top Patentee Attorneys


2017

| Attorney | By Number of Cases |
|---|---|
| Stamatios Stamoulis | 220 |
| Timothy Devlin | 187 |
| Richard C Weinblatt | 185 |
| Jack B Blumenfeld | 125 |
| Jay Johnson | 124 |
| D Bradley Kizzia | 113 |
| Peter J Corcoran, III | 113 |
| Kenneth Matuszewski | 106 |
| Eugenio J Torres-Oyola | 101 |
| Jean G Vidal Font | 100 |
| Isaac P Rabicoff | 98 |
| Brian E Farnan | 88 |
| Papool S Chaudhari | 87 |
| Michael J Farnan | 82 |
| Maryellen Noreika | 75 |
| Marc A Fenster | 73 |
| Paul J Hayes | 51 |
| Reza Mirzaie | 51 |
| Brian D Ledahl | 49 |
| James J Foster | 49 |
| Kevin Gannon | 49 |
| David R Bennett | 48 |
| Jean-Marc Zimmerman | 47 |
| Robert D Kiddie | 47 |
| Aaron S Jacobs | 46 |
| Coleman W Watson | 46 |
| Elizabeth L DeRieux | 46 |
| Charles M Lizza | 45 |
| Stephen B Brauerman | 45 |
| Sara E Bussiere | |

| Attorney | By Number of Litigation Milestones |
|---|---|
| Claire Abernathy Henry | 131 |
| Jack B Blumenfeld | 126 |
| Andrea Fair | 119 |
| Brian E Farnan | 117 |
| T John Ward, Jr. | 115 |
| Michael J Farnan | 99 |
| J Wesley Hill | 95 |
| Marc A Fenster | 74 |
| Maryellen Noreika | 54 |
| Jeffrey Z Y Liao | 53 |
| Brian D Ledahl | 50 |
| Deron R Dacus | 48 |
| C Jay Chung | 46 |
| John E Flaherty | 46 |
| Paul A Kroeger | 46 |
| Martin J Black | 44 |
| Phillip W Goter | 42 |
| Ravin R Patel | 41 |
| Elizabeth L DeRieux | 39 |
| Mary W Bourke | 39 |
| John M Desmarais | 38 |
| William E Davis, III | 38 |
| Reza Mirzaie | 37 |
| Derek J Fahnestock | 36 |
| Daniel M Silver | 35 |
| Juanita R Brooks | 35 |
| Dana Kathryn Severance | 34 |
| Edward R Nelson, III | 33 |
| Jeremy A Tigan | 33 |
| Joseph J Farnan, III | 33 |
| Michael P Kelly | 33 |

## Top Patent Challenger Attorneys

| Attorney | By Number of Cases |
|---|---|
| Melissa R Smith | 106 |
| Neil J McNabnay | 93 |
| Jack B Blumenfeld | 60 |
| Ricardo J Bonilla | 53 |
| Theresa M Dawson | 52 |
| John C Phillips, Jr. | 46 |
| David B Conrad | 45 |
| John W Shaw | 40 |
| Karen E Keller | 38 |
| Michael Edwin Jones | 38 |
| David A Bilson | 37 |
| David E Moore | 34 |
| Kenneth L Dorsney | 32 |
| Bindu A Palapura | 31 |
| Stephanie E O'Byrne | 30 |
| Andrew C Mayo | 26 |
| Eric H Findlay | 26 |
| Jeremy D Anderson | 25 |
| David M Fry | 22 |
| Eve H Ormerod | 22 |
| Michael C Smith | 22 |
| Harry L Gillam, Jr. | 21 |
| Nathan R Hoeschen | 20 |
| Neal C Belgam | 19 |
| Steven M Geiszler | 19 |
| Arthur G Connolly, III | 17 |
| Frederick L Cottrell, III | 17 |
| Rodger D Smith, II | 17 |
| Adam W Poff | 16 |
| Dominick T Gattuso | 16 |

| Attorney | By Number of Litigation Milestones |
|---|---|
| Melissa R Smith | 147 |
| Michael Edwin Jones | 118 |
| Jack B Blumenfeld | 98 |
| Earl Glenn Thames, Jr | 70 |
| Harry L Gillam, Jr. | 68 |
| John C Phillips, Jr. | 64 |
| Deron R Dacus | 63 |
| Allen F Gardner | 58 |
| Eric H Findlay | 58 |
| David E Moore | 56 |
| Bindu A Palapura | 55 |
| Frederick L Cottrell, III | 46 |
| William F Lee | 46 |
| Kenneth L Dorsney | 44 |
| David A Bilson | 43 |
| John W Shaw | 43 |
| Kelly E Farnan | 43 |
| Mark D Selwyn | 43 |
| Joseph J Mueller | 42 |
| Karen A Jacobs | 41 |
| Pilar G Kraman | 41 |
| Adam W Poff | 40 |
| Katharine L Mowery | 40 |
| Devan V Padmanabhan | 39 |
| Megan C Haney | 39 |
| Joseph F Haag | 38 |
| Michelle Dawson | 38 |
| R Brian Craft | 37 |
| Spencer W Ririe | 37 |
| Mark N Reiter | 36 |

Legend: By Number of Cases (yellow) · By Number of Litigation Milestones (blue)