# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINNAVATIONS LLC | § § § | |
| v. | § § | Case No. 1:18-cv-444-RGA |
| PAYONEER INC. | § § § § | |

## JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Plaintiff's time to respond to Defendant Payoneer, Inc.'s Motion For Exceptional Case and Opening Brief in Support (D.I. 25 & 26) and Defendant Stitch Labs, Inc.'s Motion For Attorney's Fees Pursuant to 35 U.S.C. § 285 and Opening Brief in Support (D.I. 21 & 22) ("Defendants' Motions"). Subject to the Court's approval, the Plaintiff requests that Plaintiff's time to file its response to Defendants' Motions and Opening Briefs be extended three weeks up to and including January 16, 2019.

Counsel for Plaintiff and counsel for Defendant have also met and conferred regarding extending Defendants' time to reply to Plaintiff's Response to Defendant's Motions. Subject to the Court's approval, Plaintiff requests that Defendant's time to file its reply to Plaintiff's Response to Defendants' Motions be extended up to and including January 30, 2019. No party will be prejudiced by these brief extensions.

| | |
|---|---|
| December 27, 2018 | STAMOULIS & WEINBLATT LLC |
| | |
| | */s/ Stamatios Stamoulis* |
| | Stamatios Stamoulis |
| | Two Fox Point Centre |
| | 6 Denny Road, Suite 307 |
| | Wilmington, DE 19809 |
| | (302) 999-1540 |
| | stamoulis@swdelaw.com |
| | |
| | **ATTORNEY FOR PLAINTIFF** |
| | **FINNAVATIONS LLC** |
| | |
| | */s/Jeremy Douglas Anderson* |
| | Two Fox Point Centre |
| | **Jeremy Douglas Anderson** |
| | **David B. Conrad** |
| | **Michael A. Vincent** |
| | **Neil McNabnay** |
| | **Ricardo J. Bonilla** |
| | 222 Delaware Ave., |
| | 17th Floor |
| | P.O. Box 1114 |
| | 302-778-8452 |
| | Fax: 302-652-5070 |
| | Email: janderson@fr.com |
| | conrad@fr.com |
| | vincent@fr.com |
| | mcnabnay@fr.com |
| | rbonilla@fr.com |
| | **ATTORNEYS FOR PAYONEER, INC.** |

**SO ORDERED**, this _____ day of _____, 2018.

_____
Judge - United States District Court