# EXHIBIT 1

# Exhibit 1

### Attorneys' Fees Incurred by Payoneer

### By Timekeeper

| Timekeeper | Position | Hours | Rate* | Fees |
|---|---|---|---|---|
| McNabnay, Neil J. | Principal | 30.8 | $895 | $27,566.00 |
| Anderson, Jeremy | Principal | 13.2 | $815/$850 | $10,814.00 |
| Conrad, David B. | Principal | 11.0 | $845/$875 | $9,328.00 |
| Bonilla, Ricardo J. | Associate | 25.8 | $730/$780 | $18,959.00 |
| Vincent, Michael | Associate | 122.3 | $435/$505 | $54,544.50 |
| | | | | |
| **TOTAL** | | **203.1** | | **$121,211.50** |

*Rate increase effective January 1, 2019