# EXHIBIT 2



| | |
|---|---|
| Payoneer, Inc. | Invoice Date:     05/16/2018 |
| Bart H. Rubin | Invoice Number:     1738678 |
| 150 West 30th Street, Suite 600 | Client Number:     46610 |
| New York, NY 10001 | Client File #: |

For professional services and disbursements through April 30, 2018:

## **Summary by Matter**

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Unallocated ($) | Total ($) |
|---|---|---|---|---|---|
| 0001LL1 | Finnavations v. Payoneer | 13,375.50 | 0.00 | 0.00 | 13,375.50 |
| | **Totals (payable in USD $)** | **$ 13,375.50** | **$ 0.00** | **$ 0.00** | **$ 13,375.50** |

TZW

The receipt of payment from a third-party payor on behalf of the firm's client (whether by agreement of indemnification, insurance coverage or otherwise) does not establish an attorney-client relationship with that third-party payor.

| **Remittance Information** | **Checks** | **Wire Transfers** | **ACH Transfers** |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** | Bank of America | Bank of America |
| | Fish & Richardson P.C. | 100 Federal Street | 100 Federal Street |
| Telephone 612-335-5070 | P.O. Box 3295 | Boston, MA 02110 | Boston, MA 02110 |
| Fax  612-288-9696 | Boston, MA 02241-3295 | Account No. 511-43170 | Account No. 511-43170 |
| | **Overnight delivery** | ABA No. 026009593 | ABA No. 011000138 |
| | 3200 RBC Plaza | Swift Code: BOFAUS3N | |
| | 60 South Sixth Street | | |
| | Minneapolis, MN 55402 | | |

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 05/16/2018 |
| Invoice Number: | 1738678 |
| Client Number: | 46610 |
| Matter Number | 0001LL1 |

**Matter Name:**     Finnavations v. Payoneer
**Matter No:**        46610.0001LL1

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/04/18 | NJM | Draft case management plan | 1.2 |
| 04/04/18 | MBV | Draft ██████████████████████████ | 1.2 |
| 04/04/18 | EMP | Review stipulation for answer extension and update database and client extranet re same | 0.1 |
| 04/05/18 | EMP | Review order granting answer extension and update database re same | 0.1 |
| 04/06/18 | EMP | Review new case documents (i.e. patent, complaint, plaintiff's corporate disclosure statement, patent office report, summons, order assigning Judge Andrews, etc.) and update database re same | 0.6 |
| 04/10/18 | MBV | Email client | 0.3 |
| 04/10/18 | DBC | Analyze ████████████████████████ ████████████████ | 1.2 |
| 04/11/18 | EMP | Review court's default standard for discovery and update database re same | 0.3 |
| 04/14/18 | NJM | Conference with team re ████████ | 1.1 |
| 04/15/18 | MBV | Email client ██████████████ | 0.2 |
| 04/28/18 | MBV | Draft answer and 101 motion to dismiss | 3.4 |
| 04/29/18 | NJM | Draft Payoneer's Section 101 Motion to Dismiss | 2.1 |
| 04/29/18 | MBV | Draft answer and 101 motion to dismiss | 8.4 |
| 04/30/18 | DBC | Edit draft motion to dismiss under Section 101 | 2.7 |
| | | Total: | 22.9 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| NJM | Neil J. McNabnay | 4.4 | 895.00 | 3,938.00 |
| DBC | David B. Conrad | 3.9 | 845.00 | 3,295.50 |

fr.com

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 05/16/2018 |
| Invoice Number: | 1738678 |
| Client Number: | 46610 |
| Matter Number | 0001LL1 |

| Initials | Name | | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|---|
| MBV | Michael Vincent | | 13.5 | 435.00 | 5,872.50 |
| EMP | Elizabeth Poppell | | 1.1 | 245.00 | 269.50 |
| | | Total: | 22.9 | | 13,375.50 |
| | | **Professional Services For This Matter** | | $ | **13,375.50** |
| | | **Total Due On Matter 46610.0001LL1** | | $ | **13,375.50** |



Payoneer, Inc.
Bart H. Rubin
150 West 30th Street, Suite 600
New York, NY 10001

| | |
|---|---|
| Invoice Date: | 05/16/2018 |
| Invoice Number: | 1738678 |
| Client Number: | 46610 |

For professional services and disbursements through April 30, 2018:

**BALANCE DUE THIS INVOICE (payable in  USD$) $ 13,375.50**

Direct questions about this invoice to your Collections Account Services Team at cas-team@fr.com or 617-542-5070.

## Remittance Copy
### Please include this page with payment

| Remittance Information | Checks | Wire Transfers | ACH Transfers |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** | Bank of America | Bank of America |
| | Fish & Richardson P.C. | 100 Federal Street | 100 Federal Street |
| Telephone 612-335-5070 | P.O. Box 3295 | Boston, MA 02110 | Boston, MA 02110 |
| Fax  612-288-9696 | Boston, MA 02241-3295 | Account No. 511-43170 | Account No. 511-43170 |
| | **Overnight delivery** | ABA No. 026009593 | ABA No. 011000138 |
| | 3200 RBC Plaza | Swift Code: BOFAUS3N | |
| | 60 South Sixth Street | | |
| | Minneapolis, MN 55402 | | |



Payoneer, Inc.                                          Invoice Date:          06/18/2018
Bart H. Rubin                                        Invoice Number:            1746565
150 West 30th Street, Suite 600                       Client Number:              46610
New York, NY 10001                                     Client File #:

For professional services and disbursements through May 31, 2018:

## Summary by Matter

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Unallocated ($) | Total ($) |
|---|---|---|---|---|---|
| 0001LL1 | Finnavations v. Payoneer | 8,884.00 | 25.00 | 0.00 | 8,909.00 |
| | **Totals (payable in USD $)** $ | **8,884.00** $ | **25.00** $ | **0.00** $ | **8,909.00** |

TZW

The receipt of payment from a third-party payor on behalf of the firm's client (whether by agreement of indemnification, insurance coverage or otherwise) does not establish an attorney-client relationship with that third-party payor.

**Remittance Information**

Federal ID No. 04-3254521

Telephone 612-335-5070
Fax  612-288-9696

**Checks**

**Standard delivery**
Fish & Richardson P.C.
P.O. Box 3295
Boston, MA 02241-3295
**Overnight delivery**
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402

**Wire Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 026009593
Swift Code: BOFAUS3N

**ACH Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 011000138

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 06/18/2018 |
| Invoice Number: | 1746565 |
| Client Number: | 46610 |
| Matter Number | 0001LL1 |

**Matter Name:**     Finnavations v. Payoneer
**Matter No:**        46610.0001LL1

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/05/18 | NJM | Conference with team ▮▮▮▮▮ | 0.6 |
| 05/06/18 | NJM | Draft Section 101 Motion to Dismiss | 1.3 |
| 05/06/18 | MBV | Draft 101 Motion to Dismiss | 1.1 |
| 05/08/18 | NJM | Draft Section 101 Motion to Dismiss | 1.1 |
| 05/08/18 | MBV | Send client ▮▮▮▮▮▮▮▮▮▮▮ | 0.1 |
| 05/10/18 | MBV | Revise ▮▮▮▮▮▮▮▮▮▮▮ | 0.6 |
| 05/12/18 | RJB | Analyze ▮▮▮▮▮▮▮▮▮▮ | 0.3 |
| 05/16/18 | NJM | Finalize Section 101 Motion to Dismiss and Answer | 0.9 |
| 05/16/18 | MBV | Prepare answer, corporate disclosure statement, and motion to dismiss for filing | 2.2 |
| 05/16/18 | EMP | Review motion to dismiss, answer/counterclaims and corporate disclosure statement and update database and client extranet re same | 0.2 |
| 05/16/18 | DBC | Finalize motion to dismiss under Section 101, answer and counterclaim | 1.2 |
| 05/16/18 | JDA | Review and revise motion to dismiss, brief in support of motion to dismiss, proposed order, answer and counterclaims, corporate disclosure statement and pro hac vice motions | 2.4 |
| 05/17/18 | EMP | Review motion for pro hac vice and update database and client extranet re same | 0.3 |
| 05/18/18 | EMP | Review order granting pro hac vice and update database and client extranet re same | 0.1 |
| 05/19/18 | NJM | Conference with team re ▮▮▮▮▮▮ | 0.3 |
| 05/21/18 | EMP | Review case file, document database and client extranet site for accuracy and update as required | 0.1 |
| 05/23/18 | EMP | Review order for attorneys to be added to electronic noticing and update database and client extranet re same | 0.1 |
| | | Total: | 12.9 |

fr.com

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 06/18/2018 |
| Invoice Number: | 1746565 |
| Client Number: | 46610 |
| Matter Number | 0001LL1 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| NJM | Neil J. McNabnay | 4.2 | 895.00 | 3,759.00 |
| JDA | Jeremy Anderson | 2.4 | 815.00 | 1,956.00 |
| DBC | David B. Conrad | 1.2 | 845.00 | 1,014.00 |
| RJB | Ricardo Bonilla | 0.3 | 730.00 | 219.00 |
| MBV | Michael Vincent | 4.0 | 435.00 | 1,740.00 |
| EMP | Elizabeth Poppell | 0.8 | 245.00 | 196.00 |
| | Total: | 12.9 | | 8,884.00 |

**Disbursements**

| Description | Amount ($) |
|---|---|
| 5/2/2018 - Courts/usdc-De - Pro Hac fee for Michael Vincent | 25.00 |
| Total: | 25.00 |

| | | |
|---|---|---|
| **Professional Services For This Matter** | $ | **8,884.00** |
| **Total Disbursements For This Matter** | | **25.00** |
| **Total Due On Matter 46610.0001LL1** | $ | **8,909.00** |

fr.com



Payoneer, Inc.
Bart H. Rubin
150 West 30th Street, Suite 600
New York, NY 10001

| | |
|---|---|
| Invoice Date: | 06/18/2018 |
| Invoice Number: | 1746565 |
| Client Number: | 46610 |

For professional services and disbursements through May 31, 2018:

**BALANCE DUE THIS INVOICE (payable in  USD$) $ 8,909.00**

Direct questions about this invoice to your Collections Account Services Team at cas-team@fr.com or 617-542-5070.

# Remittance Copy
## Please include this page with payment

| **Remittance Information** | **Checks** | **Wire Transfers** | **ACH Transfers** |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** | Bank of America | Bank of America |
| | Fish & Richardson P.C. | 100 Federal Street | 100 Federal Street |
| Telephone 612-335-5070 | P.O. Box 3295 | Boston, MA 02110 | Boston, MA 02110 |
| Fax  612-288-9696 | Boston, MA 02241-3295 | Account No. 511-43170 | Account No. 511-43170 |
| | **Overnight delivery** | ABA No. 026009593 | ABA No. 011000138 |
| | 3200 RBC Plaza | Swift Code: BOFAUS3N | |
| | 60 South Sixth Street | | |
| | Minneapolis, MN 55402 | | |



| | |
|---|---|
| Payoneer, Inc. | Invoice Date: 07/23/2018 |
| Bart H. Rubin | Invoice Number: 1755270 |
| 150 West 30th Street, Suite 600 | Client Number: 46610 |
| New York, NY 10001 | Client File #: |

For professional services and disbursements through June 30, 2018:

**Summary by Matter**

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Unallocated ($) | Total ($) |
|---|---|---|---|---|---|
| 0001LL1 | Finnavations v. Payoneer | 10,354.00 | 0.00 | 0.00 | 10,354.00 |
| | **Totals (payable in USD $)** | **$ 10,354.00** | **$ 0.00** | **$ 0.00** | **$ 10,354.00** |

TWW

The receipt of payment from a third-party payor on behalf of the firm's client (whether by agreement of indemnification, insurance coverage or otherwise) does not establish an attorney-client relationship with that third-party payor.

---

**Remittance Information**

Federal ID No. 04-3254521

Telephone 612-335-5070
Fax  612-288-9696

**Checks**

**Standard delivery**
Fish & Richardson P.C.
P.O. Box 3295
Boston, MA 02241-3295
**Overnight delivery**
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402

**Wire Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 026009593
Swift Code: BOFAUS3N

**ACH Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 011000138

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 07/23/2018 |
| Invoice Number: | 1755270 |
| Client Number: | 46610 |
| Matter Number | 0001LL1 |

**Matter Name:**     Finnavations v. Payoneer
**Matter No:**        46610.0001LL1

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/01/18 | NJM | Conference with team re ███████ review Court's order ███████ | 0.4 |
| 06/01/18 | JDA | Confer with opposing counsel re extension to file motion to dismiss and response to counterclaim | 0.3 |
| 06/01/18 | MBV | Update client ███████████ | 0.1 |
| 06/04/18 | EMP | Review joint stip for extension of time for plaintiff to respond to motion to dismiss and answer counterclaims and order granting same and motion for pro hac vice for J. Johnson and update database and client extranet re same | 0.3 |
| 06/05/18 | NJM | Review Finnavations' filing with the Court re its failure to respond to motion to dismiss; review Finnavations' answer to Payoneer's counterclaims | 0.9 |
| 06/05/18 | JDA | Review status report from plaintiffs re answering brief to motion to dismiss; review answer to counterclaims | 0.4 |
| 06/05/18 | EMP | Review order granting extension of time to respond to motion to dismiss and answer counterclaims and update database and client extranet re same | 0.2 |
| 06/07/18 | EMP | Review status report and plaintiff's answer to counterclaims and update database and client extranet re same | 0.2 |
| 06/09/18 | NJM | Conference with team re ███████ | 1.2 |
| 06/16/18 | NJM | Conference with team re ███████ | 1.1 |
| 06/20/18 | JDA | Review opposition to motion to dismiss and exhibits | 1.2 |
| 06/21/18 | NJM | Review Finnavations' response to Payoneer's motion to dismiss | 0.7 |
| 06/21/18 | EMP | Review plaintiff's response-opposition to motion to dismiss and update database and client extranet re same | 0.2 |
| 06/21/18 | DBC | Analyze ███████████ | 1.1 |
| 06/22/18 | MBV | Draft reply brief in support of motion to dismiss | 1.7 |
| 06/23/18 | NJM | Conference with team re ███████ | 0.9 |
| 06/25/18 | MBV | Draft Reply in support of motion to dismiss | 4.0 |
| 06/27/18 | MBV | Draft Reply in support of motion to dismiss | 1.1 |

fr.com

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 07/23/2018 |
| Invoice Number: | 1755270 |
| Client Number: | 46610 |
| Matter Number | 0001LL1 |

Total:                                                          16.0

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| NJM | Neil J. McNabnay | 5.2 | 895.00 | 4,654.00 |
| JDA | Jeremy Anderson | 1.9 | 815.00 | 1,548.50 |
| DBC | David B. Conrad | 1.1 | 845.00 | 929.50 |
| MBV | Michael Vincent | 6.9 | 435.00 | 3,001.50 |
| EMP | Elizabeth Poppell | 0.9 | 245.00 | 220.50 |
| | Total: | 16.0 | | 10,354.00 |

**Professional Services For This Matter**          $     **10,354.00**

**Total Due On Matter 46610.0001LL1**          $     **10,354.00**

fr.com



Payoneer, Inc.                                  Invoice Date:        07/23/2018
Bart H. Rubin                                   Invoice Number:      1755270
150 West 30th Street, Suite 600                 Client Number:       46610
New York, NY 10001

---

For professional services and disbursements through June 30, 2018:

**BALANCE DUE THIS INVOICE (payable in  USD$) $ 10,354.00**

Direct questions about this invoice to your Collections Account Services Team at cas-team@fr.com or 617-542-5070.

# Remittance Copy
### Please include this page with payment

---

| **Remittance Information** | **Checks** | **Wire Transfers** | **ACH Transfers** |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** | Bank of America | Bank of America |
| | Fish & Richardson P.C. | 100 Federal Street | 100 Federal Street |
| Telephone 612-335-5070 | P.O. Box 3295 | Boston, MA 02110 | Boston, MA 02110 |
| Fax  612-288-9696 | Boston, MA 02241-3295 | Account No. 511-43170 | Account No. 511-43170 |
| | **Overnight delivery** | ABA No. 026009593 | ABA No. 011000138 |
| | 3200 RBC Plaza | Swift Code: BOFAUS3N | |
| | 60 South Sixth Street | | |
| | Minneapolis, MN 55402 | | |



| | | | |
|---|---|---|---|
| Payoneer, Inc. | Invoice Date: | 08/15/2018 |
| Bart H. Rubin | Invoice Number: | 1761400 |
| 150 West 30th Street, Suite 600 | Client Number: | 46610 |
| New York, NY 10001 | Client File #: | |

For professional services and disbursements through July 31, 2018:

### **Summary by Matter**

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Unallocated ($) | Total ($) |
|---|---|---|---|---|---|
| 0001LL1 | Finnavations v. Payoneer | 11,830.50 | 0.00 | 0.00 | 11,830.50 |
| | **Totals (payable in USD $)** | **$ 11,830.50** | **$ 0.00** | **$ 0.00** | **$ 11,830.50** |

SCK

The receipt of payment from a third-party payor on behalf of the firm's client (whether by agreement of indemnification, insurance coverage or otherwise) does not establish an attorney-client relationship with that third-party payor.

| **Remittance Information** | **Checks** | **Wire Transfers** | **ACH Transfers** |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** | Bank of America | Bank of America |
| | Fish & Richardson P.C. | 100 Federal Street | 100 Federal Street |
| Telephone 612-335-5070 | P.O. Box 3295 | Boston, MA 02110 | Boston, MA 02110 |
| Fax 612-288-9696 | Boston, MA 02241-3295 | Account No. 511-43170 | Account No. 511-43170 |
| | **Overnight delivery** | ABA No. 026009593 | ABA No. 011000138 |
| | 3200 RBC Plaza | Swift Code: BOFAUS3N | |
| | 60 South Sixth Street | | |
| | Minneapolis, MN 55402 | | |

Payoneer, Inc.

|  |  |
|---|---|
| Invoice Date: | 08/15/2018 |
| Invoice Number: | 1761400 |
| Client Number: | 46610 |
| Matter Number | 0001LL1 |

**Matter Name:**    Finnavations v. Payoneer
**Matter No:**      46610.0001LL1

## Professional Services

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/03/18 | MBV | Draft reply in support of motion to dismiss | 5.1 |
| 07/04/18 | MBV | Work on reply in support of motion to dismiss | 3.6 |
| 07/05/18 | NJM | Draft Payoneer's Section 101 Motion to Dismiss reply brief | 1.3 |
| 07/05/18 | RJB | Work on draft of reply in support of motion to dismiss | 2.1 |
| 07/05/18 | MBV | Revise reply in support of motion to dismiss | 3.2 |
| 07/06/18 | NJM | Draft Section 101 Motion to Dismiss Reply Brief | 0.7 |
| 07/06/18 | MBV | Revise reply in support of motion to dismiss | 0.4 |
| 07/06/18 | DBC | Edit draft reply brief in support of motion to dismiss | 0.7 |
| 07/07/18 | NJM | Conference with team re ███████ | 1.2 |
| 07/09/18 | EMP | Review reply to motion to dismiss and update database and client extranet re same | 0.1 |
| 07/09/18 | JDA | Review and revise reply brief in support of motion to dismiss | 1.8 |
|  |  | Total: | 20.2 |

## Timekeeper Summary

| Initials | Name | Hours | Rate ($) | Amount ($) |
|----------|------|-------|----------|------------|
| NJM | Neil J. McNabnay | 3.2 | 895.00 | 2,864.00 |
| JDA | Jeremy Anderson | 1.8 | 815.00 | 1,467.00 |
| DBC | David B. Conrad | 0.7 | 845.00 | 591.50 |
| RJB | Ricardo Bonilla | 2.1 | 730.00 | 1,533.00 |
| MBV | Michael Vincent | 12.3 | 435.00 | 5,350.50 |
| EMP | Elizabeth Poppell | 0.1 | 245.00 | 24.50 |
|  | Total: | 20.2 |  | 11,830.50 |

**Professional Services For This Matter**        $       **11,830.50**

fr.com

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 08/15/2018 |
| Invoice Number: | 1761400 |
| Client Number: | 46610 |
| Matter Number | 0001LL1 |

**Total Due On Matter 46610.0001LL1**          **$      11,830.50**



Payoneer, Inc.
Bart H. Rubin
150 West 30th Street, Suite 600
New York, NY 10001

| | |
|---|---|
| Invoice Date: | 08/15/2018 |
| Invoice Number: | 1761400 |
| Client Number: | 46610 |

For professional services and disbursements through July 31, 2018:

**BALANCE DUE THIS INVOICE (payable in  USD$) $ 11,830.50**

Direct questions about this invoice to your Collections Account Services Team at cas-team@fr.com or 617-542-5070.

## Remittance Copy

### Please include this page with payment

| **Remittance Information** | **Checks** | **Wire Transfers** | **ACH Transfers** |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** | Bank of America | Bank of America |
| | Fish & Richardson P.C. | 100 Federal Street | 100 Federal Street |
| Telephone 612-335-5070 | P.O. Box 3295 | Boston, MA 02110 | Boston, MA 02110 |
| Fax  612-288-9696 | Boston, MA 02241-3295 | Account No. 511-43170 | Account No. 511-43170 |
| | **Overnight delivery** | ABA No. 026009593 | ABA No. 011000138 |
| | 3200 RBC Plaza | Swift Code: BOFAUS3N | |
| | 60 South Sixth Street | | |
| | Minneapolis, MN 55402 | | |



| | |
|---|---|
| Payoneer, Inc. | Invoice Date: 09/20/2018 |
| Bart H. Rubin | Invoice Number: 1769978 |
| 150 West 30th Street, Suite 600 | Client Number: 46610 |
| New York, NY 10001 | Client File #: |

For professional services and disbursements through August 31, 2018:

## **Summary by Matter**

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Unallocated ($) | Total ($) |
|---|---|---|---|---|---|
| 0001LL1 | Finnavations v. Payoneer | 73.00 | 0.00 | 0.00 | 73.00 |
| | **Totals (payable in USD $)** | **$ 73.00** | **$ 0.00** | **$ 0.00** | **$ 73.00** |

SCK

The receipt of payment from a third-party payor on behalf of the firm's client (whether by agreement of indemnification, insurance coverage or otherwise) does not establish an attorney-client relationship with that third-party payor.

| **Remittance Information** | **Checks** | **Wire Transfers** | **ACH Transfers** |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** Fish & Richardson P.C. P.O. Box 3295 Boston, MA 02241-3295 | Bank of America 100 Federal Street Boston, MA 02110 Account No. 511-43170 | Bank of America 100 Federal Street Boston, MA 02110 Account No. 511-43170 |
| Telephone 612-335-5070 Fax  612-288-9696 | **Overnight delivery** 3200 RBC Plaza 60 South Sixth Street Minneapolis, MN 55402 | ABA No. 026009593 Swift Code: BOFAUS3N | ABA No. 011000138 |

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 09/20/2018 |
| Invoice Number: | 1769978 |
| Client Number: | 46610 |
| Matter Number | 0001LL1 |

**Matter Name:** Finnavations v. Payoneer
**Matter No:** 46610.0001LL1

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/27/18 | RJB | Analyze ████████████████ | 0.1 |
| | | Total: | 0.1 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| RJB | Ricardo Bonilla | 0.1 | 730.00 | 73.00 |
| | Total: | 0.1 | | 73.00 |
| | **Professional Services For This Matter** | | $ | **73.00** |
| | **Total Due On Matter 46610.0001LL1** | | $ | **73.00** |

fr.com



Payoneer, Inc.
Bart H. Rubin
150 West 30th Street, Suite 600
New York, NY 10001

Invoice Date:  09/20/2018
Invoice Number:  1769978
Client Number:  46610

For professional services and disbursements through August 31, 2018:

**BALANCE DUE THIS INVOICE (payable in  USD$) $ 73.00**

Direct questions about this invoice to your Collections Account Services Team at cas-team@fr.com or 617-542-5070.

## Remittance Copy

### Please include this page with payment

| Remittance Information | Checks | Wire Transfers | ACH Transfers |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery**<br>Fish & Richardson P.C.<br>P.O. Box 3295<br>Boston, MA 02241-3295 | Bank of America<br>100 Federal Street<br>Boston, MA 02110<br>Account No. 511-43170<br>ABA No. 026009593<br>Swift Code: BOFAUS3N | Bank of America<br>100 Federal Street<br>Boston, MA 02110<br>Account No. 511-43170<br>ABA No. 011000138 |
| Telephone 612-335-5070<br>Fax  612-288-9696 | **Overnight delivery**<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402 | | |



| | |
|---|---|
| Payoneer, Inc. | Invoice Date: 10/16/2018 |
| Bart H. Rubin | Invoice Number: 1778233 |
| 150 West 30th Street, Suite 600 | Client Number: 46610 |
| New York, NY 10001 | Client File #: |

For professional services and disbursements through September 30, 2018:

**Summary by Matter**

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Unallocated ($) | Total ($) |
|---|---|---|---|---|---|
| 0001LL1 | Finnavations v. Payoneer | 73.00 | 0.00 | 0.00 | 73.00 |
| | **Totals (payable in USD $)** $ | **73.00** | $ **0.00** | $ **0.00** | $ **73.00** |

SED
The receipt of payment from a third-party payor on behalf of the firm's client (whether by agreement of indemnification, insurance coverage or otherwise) does not establish an attorney-client relationship with that third-party payor.

| **Remittance Information** | **Checks** | **Wire Transfers** | **ACH Transfers** |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** | Bank of America | Bank of America |
| | Fish & Richardson P.C. | 100 Federal Street | 100 Federal Street |
| Telephone 612-335-5070 | P.O. Box 3295 | Boston, MA 02110 | Boston, MA 02110 |
| Fax  612-288-9696 | Boston, MA 02241-3295 | Account No. 511-43170 | Account No. 511-43170 |
| | **Overnight delivery** | ABA No. 026009593 | ABA No. 011000138 |
| | 3200 RBC Plaza | Swift Code: BOFAUS3N | |
| | 60 South Sixth Street | | |
| | Minneapolis, MN 55402 | | |

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 10/16/2018 |
| Invoice Number: | 1778233 |
| Client Number: | 46610 |
| Matter Number | 0001LL1 |

**Matter Name:**      Finnavations v. Payoneer
**Matter No:**         46610.0001LL1

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/10/18 | RJB | Analyze ████████████████ | 0.1 |
| | | Total: | 0.1 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| RJB | Ricardo Bonilla | 0.1 | 730.00 | 73.00 |
| | Total: | 0.1 | | 73.00 |
| | **Professional Services For This Matter** | | $ | **73.00** |
| | **Total Due On Matter 46610.0001LL1** | | $ | **73.00** |

fr.com



**FISH.**
FISH & RICHARDSON

| | | |
|---|---|---|
| Payoneer, Inc. | Invoice Date: | 10/16/2018 |
| Bart H. Rubin | Invoice Number: | 1778233 |
| 150 West 30th Street, Suite 600 | Client Number: | 46610 |
| New York, NY 10001 | | |

For professional services and disbursements through September 30, 2018:

**BALANCE DUE THIS INVOICE (payable in  USD\$) \$ 73.00**

Direct questions about this invoice to your Collections Account Services Team at cas-team@fr.com or 617-542-5070.

# Remittance Copy
### Please include this page with payment

| Remittance Information | Checks | Wire Transfers | ACH Transfers |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** | Bank of America | Bank of America |
| | Fish & Richardson P.C. | 100 Federal Street | 100 Federal Street |
| Telephone 612-335-5070 | P.O. Box 3295 | Boston, MA 02110 | Boston, MA 02110 |
| Fax  612-288-9696 | Boston, MA 02241-3295 | Account No. 511-43170 | Account No. 511-43170 |
| | **Overnight delivery** | ABA No. 026009593 | ABA No. 011000138 |
| | 3200 RBC Plaza | Swift Code: BOFAUS3N | |
| | 60 South Sixth Street | | |
| | Minneapolis, MN 55402 | | |



| | | | | |
|---|---|---|---|---|
| Payoneer, Inc. | Invoice Date: | 11/20/2018 |
| Bart H. Rubin | Invoice Number: | 1787937 |
| 150 West 30th Street, Suite 600 | Client Number: | 46610 |
| New York, NY 10001 | Client File #: | |

For professional services and disbursements through October 31, 2018:

### **Summary by Matter**

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Unallocated ($) | Total ($) |
|---|---|---|---|---|---|
| 0001LL1 | Finnavations v. Payoneer | 37,286.00 | 728.49 | 0.00 | 38,014.49 |
| | **Totals (payable in USD $)** **$** | **37,286.00** | **$** **728.49** | **$** **0.00** | **$** **38,014.49** |

CGD

   The receipt of payment from a third-party payor on behalf of the firm's client (whether by agreement of indemnification, insurance coverage or otherwise) does not establish an attorney-client relationship with that third-party payor.

---

| **Remittance Information** | **Checks** | **Wire Transfers** | **ACH Transfers** |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** Fish & Richardson P.C. P.O. Box 3295 Boston, MA 02241-3295 | Bank of America 100 Federal Street Boston, MA 02110 Account No. 511-43170 ABA No. 026009593 Swift Code: BOFAUS3N | Bank of America 100 Federal Street Boston, MA 02110 Account No. 511-43170 ABA No. 011000138 |
| Telephone 612-335-5070 Fax  612-288-9696 | **Overnight delivery** 3200 RBC Plaza 60 South Sixth Street Minneapolis, MN 55402 | | |

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 11/20/2018 |
| Invoice Number: | 1787937 |
| Client Number: | 46610 |
| Matter Number | 0001LL1 |

**Matter Name:**     Finnavations v. Payoneer
**Matter No:**         46610.0001LL1

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/04/18 | NJM | Conference with Court re scheduling of Section 101 Motion to Dismiss hearing | 0.6 |
| 10/04/18 | JDA | Confer with Court and team re scheduling of oral argument on motion to dismiss | 0.3 |
| 10/05/18 | JDA | Confer with RJBonilla ███████ | 0.2 |
| 10/06/18 | NJM | Conference with team ██████ | 1.1 |
| 10/08/18 | JDA | Confer with opposing counsel and other defendants re scheduling of motion to dismiss | 0.3 |
| 10/09/18 | NJM | Review Court's order re timing of Section 101 Motion to Dismiss hearing | 0.3 |
| 10/09/18 | EMP | Review order setting hearing on motion to dismiss and update database and client extranet re same | 0.1 |
| 10/09/18 | JDA | Confer with Court re scheduling of oral argument on motion to dismiss | 0.2 |
| 10/12/18 | EMP | Finish review of motion to dismiss hearing and update database re same | 0.1 |
| 10/17/18 | RJB | Analyze asserted patent and briefing re motion to dismiss in preparation for upcoming motion hearing | 2.4 |
| 10/18/18 | MBV | Prepare for hearing on motion to dismiss; coordinate with co-defendant | 4.5 |
| 10/19/18 | RJB | Work on preparations in support of upcoming hearing re motion to dismiss | 1.5 |
| 10/19/18 | MBV | Prepare for hearing on motion to dismiss | 7.8 |
| 10/19/18 | DBC | Analyze patent-in-suit and briefing on motion to dismiss; meet with team re preparations for oral argument on motion to dismiss | 2.7 |
| 10/20/18 | NJM | Conference with team re ██████ | 0.7 |
| 10/20/18 | RJB | Work on pending action items | 0.1 |
| 10/21/18 | MBV | Prepare for hearing on motion to dismiss; coordinate with co-defendant | 2.6 |
| 10/22/18 | RJB | Work on slides in preparation for hearing re section 101 motion to dismiss | 0.4 |

fr.com

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 11/20/2018 |
| Invoice Number: | 1787937 |
| Client Number: | 46610 |
| Matter Number | 0001LL1 |

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/22/18 | MBV | Prepare for hearing on motion to dismiss; coordinate with co-defendant | 8.8 |
| 10/23/18 | RJB | Prepare for hearing re section 101 motion to dismiss in Wilmington, Delaware | 5.2 |
| 10/23/18 | JDA | Confer with RJBonilla and MBVincent ▮ | 0.5 |
| 10/23/18 | MBV | Prepare for hearing on motion to dismiss; coordinate with co-defendant | 12.4 |
| 10/24/18 | NJM | Review Court's minute entry re the Section 101 hearing | 0.3 |
| 10/24/18 | RJB | Prepare for and attend hearing re section 101 motion to dismiss in Wilmington, Delaware; confer with joint defense counsel re | 5.5 |
| 10/24/18 | MBV | Prepare for hearing on motion to dismiss; argue motion to dismiss at hearing | 8.3 |
| 10/24/18 | EMP | Review minute entry from court re oral argument held today and update database and client extranet re same | 0.1 |
| 10/25/18 | MBV | Draft summary of hearing | 0.1 |
| 10/26/18 | NJM | Review new prosecution history excerpts submitted by Finnavations in connection with Payoneer's Section 101 Motion to Dismiss | 0.6 |
| 10/26/18 | EMP | Review plaintiff's letter to Judge Andrews re file history and update database and client extranet re same | 0.1 |
| 10/26/18 | JDA | Review letter from Plaintiff to court re file history | 0.1 |
| | | Total: | 67.9 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|----------|------|-------|----------|------------|
| NJM | Neil J. McNabnay | 3.6 | 895.00 | 3,222.00 |
| JDA | Jeremy Anderson | 1.6 | 815.00 | 1,304.00 |
| DBC | David B. Conrad | 2.7 | 845.00 | 2,281.50 |
| RJB | Ricardo Bonilla | 15.1 | 730.00 | 11,023.00 |
| MBV | Michael Vincent | 44.5 | 435.00 | 19,357.50 |
| EMP | Elizabeth Poppell | 0.4 | 245.00 | 98.00 |
| | Total: | 67.9 | | 37,286.00 |

fr.com

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 11/20/2018 |
| Invoice Number: | 1787937 |
| Client Number: | 46610 |
| Matter Number | 0001LL1 |

**Disbursements**

| Description | Amount ($) |
|---|---|
| Travel expenses for trip by Michael Vincent 10/23/18 - 10/24/18 to Wilmington, DE re Payoneer Hearing | 728.49 |
| Total: | 728.49 |

| | | |
|---|---|---|
| **Professional Services For This Matter** | $ | **37,286.00** |
| **Total Disbursements For This Matter** | | **728.49** |
| **Total Due On Matter 46610.0001LL1** | $ | **38,014.49** |

fr.com



Payoneer, Inc.
Bart H. Rubin
150 West 30th Street, Suite 600
New York, NY 10001

| | |
|---|---|
| Invoice Date: | 11/20/2018 |
| Invoice Number: | 1787937 |
| Client Number: | 46610 |

For professional services and disbursements through October 31, 2018:

**BALANCE DUE THIS INVOICE (payable in  USD$) $ 38,014.49**

Direct questions about this invoice to your Collections Account Services Team at cas-team@fr.com or 617-542-5070.

## Remittance Copy

### Please include this page with payment

| Remittance Information | Checks | Wire Transfers | ACH Transfers |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** | Bank of America | Bank of America |
| | Fish & Richardson P.C. | 100 Federal Street | 100 Federal Street |
| Telephone 612-335-5070 | P.O. Box 3295 | Boston, MA 02110 | Boston, MA 02110 |
| Fax  612-288-9696 | Boston, MA 02241-3295 | Account No. 511-43170 | Account No. 511-43170 |
| | **Overnight delivery** | ABA No. 026009593 | ABA No. 011000138 |
| | 3200 RBC Plaza | Swift Code: BOFAUS3N | |
| | 60 South Sixth Street | | |
| | Minneapolis, MN 55402 | | |



Payoneer, Inc.                                      Invoice Date:        12/12/2018
Bart H. Rubin                                       Invoice Number:        1792512
150 West 30th Street, Suite 600                     Client Number:           46610
New York, NY 10001                                  Client File #:

For professional services and disbursements through November 30, 2018:

## Summary by Matter

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Unallocated ($) | Total ($) |
|---|---|---|---|---|---|
| 0001LL1 | Finnavations v. Payoneer | 4,446.50 | 1,276.62 | 0.00 | 5,723.12 |
| | **Totals (payable in USD $)** | **$ 4,446.50** | **$ 1,276.62** | **$ 0.00** | **$ 5,723.12** |

SCK

The receipt of payment from a third-party payor on behalf of the firm's client (whether by agreement of indemnification, insurance coverage or otherwise) does not establish an attorney-client relationship with that third-party payor.

| **Remittance Information** | **Checks** | **Wire Transfers** | **ACH Transfers** |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** | Bank of America | Bank of America |
| | Fish & Richardson P.C. | 100 Federal Street | 100 Federal Street |
| Telephone 612-335-5070 | P.O. Box 3295 | Boston, MA 02110 | Boston, MA 02110 |
| Fax  612-288-9696 | Boston, MA 02241-3295 | Account No. 511-43170 | Account No. 511-43170 |
| | **Overnight delivery** | ABA No. 026009593 | ABA No. 011000138 |
| | 3200 RBC Plaza | Swift Code: BOFAUS3N | |
| | 60 South Sixth Street | | |
| | Minneapolis, MN 55402 | | |

Payoneer, Inc.

| | | |
|---|---|---|
| Invoice Date: | 12/12/2018 |
| Invoice Number: | 1792512 |
| Client Number: | 46610 |
| Matter Number | 0001LL1 |

**Matter Name:**     Finnavations v. Payoneer
**Matter No:**        46610.0001LL1

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/14/18 | EMP | Review notice of transcript from 10/24 hearing and update database and client extranet re same | 0.1 |
| 11/17/18 | NJM | Conference with team re ███████ | 0.9 |
| 11/19/18 | EMP | Review case file, document database and client extranet site for accuracy and update as required | 0.2 |
| 11/26/18 | NJM | Review Court's order granting Section 101 Motion to Dismiss | 1.2 |
| 11/26/18 | MBV | Analyze ████████████████ | 0.3 |
| 11/26/18 | EMP | Review memorandum opinion and order granting motion to dismiss and order granting same and update database and client extranet re same | 0.2 |
| 11/26/18 | JDA | Review Court order granting motion to dismiss | 0.9 |
| 11/26/18 | DBC | Review and analyze ████████████████ ██ and confer with team | 0.3 |
| 11/28/18 | RJB | Prepare for and confer with client re ████████ ████████ | 0.4 |
| 11/28/18 | NJM | Conference with ██████████████████ ████████ | 0.4 |
| 11/28/18 | MBV | Speak with client ███████████; speak with co-defendant's counsel; respond to client ███████ | 1.5 |
| 11/28/18 | EMP | Review patent office report re dismissal and update database and client extranet re same | 0.1 |
| | | Total: | 6.5 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| NJM | Neil J. McNabnay | 2.5 | 895.00 | 2,237.50 |

fr.com

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 12/12/2018 |
| Invoice Number: | 1792512 |
| Client Number: | 46610 |
| Matter Number | 0001LL1 |

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| JDA | Jeremy Anderson | 0.9 | 815.00 | 733.50 |
| DBC | David B. Conrad | 0.3 | 845.00 | 253.50 |
| RJB | Ricardo Bonilla | 0.4 | 730.00 | 292.00 |
| MBV | Michael Vincent | 1.8 | 435.00 | 783.00 |
| EMP | Elizabeth Poppell | 0.6 | 245.00 | 147.00 |
| | Total: | 6.5 | | 4,446.50 |

**Disbursements**

| Description | Amount ($) |
|---|---|
| Search and retrieval of court documents (dockets & pleadings) | 26.50 |
| Court reporter for hearing transcript(s) | 168.80 |
| Travel expenses for trip by Ricardo Bonilla 10/23/18 - 10/24/18 to Delaware re Hearing on Motion to Dismiss | 1,081.32 |
| Total: | 1,276.62 |

| | | |
|---|---|---|
| **Professional Services For This Matter** | $ | **4,446.50** |
| **Total Disbursements For This Matter** | | **1,276.62** |
| **Total Due On Matter 46610.0001LL1** | $ | **5,723.12** |

fr.com



| | |
|---|---|
| Payoneer, Inc. | Invoice Date: 12/12/2018 |
| Bart H. Rubin | Invoice Number: 1792512 |
| 150 West 30th Street, Suite 600 | Client Number: 46610 |
| New York, NY 10001 | |

For professional services and disbursements through November 30, 2018:

**BALANCE DUE THIS INVOICE (payable in USD$) $ 5,723.12**

Direct questions about this invoice to your Collections Account Services Team at cas-team@fr.com or 617-542-5070.

# Remittance Copy
### Please include this page with payment

| Remittance Information | Checks | Wire Transfers | ACH Transfers |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** | Bank of America | Bank of America |
| | Fish & Richardson P.C. | 100 Federal Street | 100 Federal Street |
| Telephone 612-335-5070 | P.O. Box 3295 | Boston, MA 02110 | Boston, MA 02110 |
| Fax  612-288-9696 | Boston, MA 02241-3295 | Account No. 511-43170 | Account No. 511-43170 |
| | **Overnight delivery** | ABA No. 026009593 | ABA No. 011000138 |
| | 3200 RBC Plaza | Swift Code: BOFAUS3N | |
| | 60 South Sixth Street | | |
| | Minneapolis, MN 55402 | | |



Payoneer, Inc.
Bart H. Rubin
150 West 30th Street, Suite 600
New York, NY 10001

| | |
|---|---:|
| Invoice Date: | 01/22/2019 |
| Invoice Number: | 1801132 |
| Client Number: | 46610 |
| Client File #: | |

For professional services and disbursements through December 31, 2018:

**Summary by Matter**

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Unallocated ($) | Total ($) |
|---|---|---:|---:|---:|---:|
| 0001LL1 | Finnavations v. Payoneer | 21,570.00 | 38.50 | 0.00 | 21,608.50 |
| | **Totals (payable in USD $)** $ | **21,570.00** $ | **38.50** $ | **0.00** $ | **21,608.50** |

SCK

The receipt of payment from a third-party payor on behalf of the firm's client (whether by agreement of indemnification, insurance coverage or otherwise) does not establish an attorney-client relationship with that third-party payor.

| **Remittance Information** | **Checks** | **Wire Transfers** | **ACH Transfers** |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** | Bank of America | Bank of America |
| | Fish & Richardson P.C. | 100 Federal Street | 100 Federal Street |
| Telephone 612-335-5070 | P.O. Box 3295 | Boston, MA 02110 | Boston, MA 02110 |
| Fax  612-288-9696 | Boston, MA 02241-3295 | Account No. 511-43170 | Account No. 511-43170 |
| | **Overnight delivery** | ABA No. 026009593 | ABA No. 011000138 |
| | 3200 RBC Plaza | Swift Code: BOFAUS3N | |
| | 60 South Sixth Street | | |
| | Minneapolis, MN 55402 | | |

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 01/22/2019 |
| Invoice Number: | 1801132 |
| Client Number: | 46610 |
| Matter Number: | 0001LL1 |

**Matter Name:**      Finnavations v. Payoneer
**Matter No:**        46610.0001LL1

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/03/18 | NJM | Conference with Payoneer re ███████████████████████ | 0.9 |
| 12/03/18 | RJB | Work on issues and outline re ████████████ | 0.5 |
| 12/03/18 | MBV | Contact client ███████████████; confer with co-defendant on ███████████ | 0.8 |
| 12/04/18 | NJM | Conference with Finnavations re Payoneer's Motion for Attorneys' Fees | 0.4 |
| 12/04/18 | EMP | Start gathering exhibits for motion for fees | 0.1 |
| 12/04/18 | MBV | Draft motion for fees; contact opposing counsel for a meet and confer | 6.7 |
| 12/04/18 | JDA | Confer with opposing counsel re fees motion | 0.2 |
| 12/05/18 | NJM | Draft Motion for Attorneys' Fees | 1.8 |
| 12/05/18 | RJB | Work on draft of motion for exceptional case under section 285 | 2.2 |
| 12/05/18 | EMP | Work on pulling exhibits re motion for fees | 0.7 |
| 12/05/18 | MBV | Draft motion for fees | 6.8 |
| 12/06/18 | RJB | Work on draft of section 285 motion | 1.5 |
| 12/06/18 | EMP | Work on gathering and organizing exhibits re motion for fees filing | 0.7 |
| 12/06/18 | MBV | Draft motion for fees; draft declaration for motion; contact client with motion for review | 2.3 |
| 12/06/18 | PCA | Online research re ███████████████████████████ | 0.4 |
| 12/07/18 | JDA | Confer with opposing counsel re section 285 motion | 0.3 |
| 12/07/18 | NJM | Conference with ████████████████████████████ | 0.4 |
| 12/07/18 | MBV | Draft motion for fees; confer with client on motion; attempt to confer with opposing counsel | 1.6 |
| 12/09/18 | EMP | Work on finalizing billing numbers for attorneys' fees motion | 0.5 |
| 12/10/18 | RJB | Finalize motion for exceptional case and materials in support of same; confer with opposing counsel re same | 1.0 |
| 12/10/18 | NJM | Finalize motion for attorneys' fees | 0.9 |

fr.com

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 01/22/2019 |
| Invoice Number: | 1801132 |
| Client Number: | 46610 |
| Matter Number: | 0001LL1 |

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/10/18 | JDA | Review and revise fees motion and declaration; draft motion and order; meet and confer with opposing counsel; review correspondence with clients | 1.6 |
| 12/10/18 | EMP | Finalize motion for exceptional case exhibits and forward to case team for review | 1.0 |
| 12/10/18 | MBV | Draft motion for fees; draft declaration in support of motion; send draft motion to client for review; prepare motion and declaration for filing; confer with Plaintiff on motion | 1.0 |
| 12/11/18 | NJM | Conference with Finnavations re its request for extension of time for it to respond to Payoneer's motion for attorneys' fees | 0.3 |
| 12/11/18 | JDA | Review correspondence re fees motion and settlement | 0.2 |
| 12/11/18 | MBV | Check with client ████████████████████████ | 0.2 |
| 12/12/18 | EMP | Review case file, document database and client extranet site for accuracy and update as required | 0.1 |
| 12/13/18 | NJM | Conference with Finnavations ███████████████ ██████████████████████████ | 1.3 |
| 12/13/18 | JDA | Review settlement offer | 0.2 |
| 12/13/18 | MBV | Inform client ███████████████ | 0.2 |
| 12/17/18 | NJM | Review Finnavations' proposed motion for extension of time for it to respond to Payoneer's motion for attorneys' fees | 0.3 |
| 12/17/18 | EMP | Finish review of motion for exceptional case and update database re same | 0.1 |
| 12/17/18 | JDA | Review motion for extension to respond to fees motion and confer with opposing counsel re same | 0.3 |
| 12/27/18 | MBV | Speak with ████████████████████ | 0.5 |
| 12/27/18 | JDA | Review stipulation to extend time to respond to fees' motion and confer with opposing counsel re same | 0.2 |
| 12/29/18 | EMP | Review stipulation to response/reply to motion for exceptional case and update database and client extranet re same | 0.2 |

Total:     38.4

Payoneer, Inc.

| | |
|---|---|
| Invoice Date: | 01/22/2019 |
| Invoice Number: | 1801132 |
| Client Number: | 46610 |
| Matter Number: | 0001LL1 |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| NJM | Neil J. McNabnay | 6.3 | 895.00 | 5,638.50 |
| JDA | Jeremy Anderson | 3.0 | 815.00 | 2,445.00 |
| RJB | Ricardo Bonilla | 5.2 | 730.00 | 3,796.00 |
| MBV | Michael Vincent | 20.1 | 435.00 | 8,743.50 |
| EMP | Elizabeth Poppell | 3.4 | 245.00 | 833.00 |
| PCA | Chloe Abuzeni | 0.4 | 285.00 | 114.00 |
| | Total: | 38.4 | | 21,570.00 |

**Disbursements**

| Description | Amount ($) |
|---|---|
| Search and retrieval of court documents (dockets & pleadings) | 30.00 |
| Delivery services/messengers transmitting courtesy copies to court - Parcels, Inc. | 8.50 |
| Total: | 38.50 |

| | | |
|---|---|---|
| **Professional Services For This Matter** | $ | **21,570.00** |
| **Total Disbursements For This Matter** | | **38.50** |
| **Total Due On Matter 46610.0001LL1** | $ | **21,608.50** |

fr.com



Payoneer, Inc.                                          Invoice Date:      01/22/2019
Bart H. Rubin                                          Invoice Number:     1801132
150 West 30th Street, Suite 600                         Client Number:      46610
New York, NY 10001

For professional services and disbursements through December 31, 2018:

**BALANCE DUE THIS INVOICE (payable in  USD$) $ 21,608.50**

Direct questions about this invoice to your Collections Account Services Team at cas-team@fr.com or 617-542-5070.

Remittance Copy

Please include this page with payment

| **Remittance Information** | **Checks** | **Wire Transfers** | **ACH Transfers** |
|---|---|---|---|
| Federal ID No. 04-3254521 | **Standard delivery** | Bank of America | Bank of America |
| | Fish & Richardson P.C. | 100 Federal Street | 100 Federal Street |
| Telephone 612-335-5070 | P.O. Box 3295 | Boston, MA 02110 | Boston, MA 02110 |
| Fax  612-288-9696 | Boston, MA 02241-3295 | Account No. 511-43170 | Account No. 511-43170 |
| | **Overnight delivery** | ABA No. 026009593 | ABA No. 011000138 |
| | 3200 RBC Plaza | Swift Code: BOFAUS3N | |
| | 60 South Sixth Street | | |
| | Minneapolis, MN 55402 | | |

| **Fish & Richardson P.C.** | | | | |
| **46610 - Payoneer, Inc.** | | | | |
| **Unbilled Estimate by Matter** | | | | |
| *Prepared on 1/30/2019* | | | | |
| *Please note that unbilled figures only reflect time and costs entered and are prior to attorney review.* | | | | |
| | | | | |
| | | | | |
| **Revised Matter ID** | **Revised Matter Name** | **January Estimate** | | |
| 46610.0001LL1 | Finnavations v. Payoneer | | | |
| **Grand Total** | | | | |

| Client | Matter | Tkr ID | Tkr Name | Current Month | | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|
| **Fish & Richardson P.C.** | | | | | | | |
| **46610 - Payoneer, Inc.** | | | | | | | |
| **Unbilled Hours and Fees by Matter by Timekeeper - worked 1/1/2019 - 1/31/2019** | | | | | | | |
| *Prepared on 1/30/2019* | | | | | | | |
| *Please note that unbilled figures only reflect time and costs entered and are prior to attorney review.* | | | | | | | |
| | | | | | | | |
| | | | | **Hours** | **Fees** | | |
| 46610 | 46610.0001LL1 | 04254 | Vincent, Michael | 19.2 | 9,696.00 | 19.2 | 9,696.00 |
| | | 02957 | Bonilla, Ricardo | 2.5 | 1,950.00 | 2.5 | 1,950.00 |
| | | 03310 | Anderson, Jeremy | 1.6 | 1,360.00 | 1.6 | 1,360.00 |
| | | 00012 | McNabnay, Neil J. | 1.4 | 1,253.00 | 1.4 | 1,253.00 |
| | | 71216 | Conrad, David B. | 1.1 | 962.50 | 1.1 | 962.50 |
| | | 03414 | Poppell, Elizabeth | 0.4 | 100.00 | 0.4 | 100.00 |
| | 46610.0001LL1 Total | | | 26.2 | 15,321.50 | 26.2 | 15,321.50 |
| **Grand Total** | | | | **26.2** | **15,321.50** | **26.2** | **15,321.50** |

**Fish & Richardson P.C.**

**46610 - Payoneer, Inc.**

**Unbilled Fees and Costs Detail - worked 1/1/2019 - 1/31/2019**

*Prepared on 1/30/2019*

*Please note that unbilled figures only reflect time and costs entered and are prior to attorney review.*

| Client | Matter | Matter Name | Work Date | Tkr ID | Tkr Name | Narrative | Billable Hrs | Current Month Fees | Total |
|--------|--------|-------------|-----------|--------|----------|-----------|-------------|------|-------|
| 46610 | 46610.0001LL1 | Finnavations v. Payoneer | 1/2/2019 | 03414 | Poppell, Elizabeth | Review order granting extension to respond and reply to motion for exceptional case and update database and client extranet re same | 0.1 | 25.00 | 25.00 |
| | | | 1/3/2019 | 03414 | Poppell, Elizabeth | Finish review of order granting extensions for response and reply to motion to dismiss and update database re same | 0.1 | 25.00 | 25.00 |
| | | | 1/15/2019 | 03414 | Poppell, Elizabeth | Review motion and order granting pro hac vice for D. Bennett and update database and client extranet re same | 0.1 | 25.00 | 25.00 |
| | | | 1/16/2019 | 03310 | Anderson, Jeremy | Review and analyze answering brief in opposition to motion for exceptional case and supporting papers | 1.6 | 1,360.00 | 1,360.00 |
| | | | | 04254 | Vincent, Michael | Draft reply brief | 1.7 | 858.50 | 858.50 |
| | | | | 00012 | McNabnay, Neil J. | Review Finnavations' response to Payoneer's motion for attorneys' fees | 0.6 | 537.00 | 537.00 |
| | | | | 02957 | Bonilla, Ricardo | Analyze and annotate plaintiff's opposition to motion for exceptional case | 0.5 | 390.00 | 390.00 |
| | | | 1/17/2019 | 04254 | Vincent, Michael | Draft Reply brief; send opposition brief ████ | 1.8 | 909.00 | 909.00 |
| | | | | 71216 | Conrad, David B. | review and comment on strategy ██████████ | 0.8 | 700.00 | 700.00 |
| | | | | 02957 | Bonilla, Ricardo | Work on outline of reply brief in support of motion for exceptional case | 0.5 | 390.00 | 390.00 |
| | | | | 03414 | Poppell, Elizabeth | Review case file, document database and client extranet site for accuracy and update as required | 0.1 | 25.00 | 25.00 |
| | | | 1/21/2019 | 04254 | Vincent, Michael | Draft reply brief | 3.2 | 1,616.00 | 1,616.00 |
| | | | 1/22/2019 | 04254 | Vincent, Michael | Draft reply brief | 4.5 | 2,272.50 | 2,272.50 |
| | | | 1/23/2019 | 04254 | Vincent, Michael | Draft reply brief | 6.5 | 3,282.50 | 3,282.50 |
| | | | | 00012 | McNabnay, Neil J. | Draft Payoneer's motion for attorneys' fees reply brief | 0.8 | 716.00 | 716.00 |
| | | | 1/25/2019 | 04254 | Vincent, Michael | Draft reply brief | 0.5 | 252.50 | 252.50 |
| | | | 1/26/2019 | 02957 | Bonilla, Ricardo | Work on draft of reply in support of motion for exceptional case | 0.7 | 546.00 | 546.00 |
| | | | 1/28/2019 | 71216 | Conrad, David B. | Edit draft reply brief in support of motion for fees | 0.3 | 262.50 | 262.50 |
| | | | 1/29/2019 | 02957 | Bonilla, Ricardo | Work on finalizing draft of reply in support of motion for exceptional case ██████████ | 0.8 | 624.00 | 624.00 |
| | | | | 04254 | Vincent, Michael | Draft reply brief in support of motion for exceptional case | 1.0 | 505.00 | 505.00 |
| | 46610.0001LL1 Total | | | | | | | 15,321.50 | 15,321.50 |
| 46610 Total | | | | | | | | 15,321.50 | 15,321.50 |
| **Grand Total** | | | | | | | | **15,321.50** | **15,321.50** |