**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FINNAVITIONS LLC § § Plaintiff, § § vs. § PAYONEER, INC. § § Defendant. § | § § § § § § § § § § § | Case No: 1:18-cv-444-RGA |
| FINNAVITIONS LLC § § Plaintiff, § § vs. § STITCH LABS, INC. § § Defendant. § | § § § § § § § § § § § | Case No: 1:18-cv-445-RGA |

## SCHEDULE TO RESOLVE THE AMOUNT OF FEES AWARD

Pursuant to the Court's Order (*see* C.A. No. 18-444, D.I. 26; C.A. No. 18-445, D.I. 36), the parties have met and conferred regarding fees. The parties have agreed to the amount of fees owed by Plaintiff to each Defendant and timing of such payment, and expect that the payment process will be completed prior to April 1. Subject to the approval of the Court, the parties propose that they will submit an additional status report confirming resolution of the payment of fees by April 2, 2019.

Dated:  March 26, 2019

STAMOULIS & WEINBLATT LLC

/s/ *Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)
Richard C. Weinblatt (No. 5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

OLSON & CEPURITIS, LTD
Brian R. Michalek
20 N. Wacker Dr., Fl. 36
Chicago, IL 60606
312-580-1180
bmichalek@olsonip.com

*Attorneys for Defendant, Stitch Labs, Inc.*

FISH & RICHARDSON P.C.

*/s/ Jeremy D. Anderson*
Jeremy D. Anderson (#4515)
222 Delaware Ave., 17th Floor
P.O. Box 1114
Wilmington, DE 19801
(302) 652-5070 (Telephone)
(302) 652-0607 (Facsimile)
janderson@fr.com

Neil J. McNabnay, *pro hac vice*
David B. Conrad, *pro hac vice*
Ricardo J. Bonilla, *pro hac vice*
Michael A. Vincent, *pro hac vice*
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
conrad@fr.com
rbonilla@fr.com
vincent@fr.com

*Attorneys for Defendant Payoneer, Inc.*